THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JOAQUIN ESQUEDA,

    Plaintiff,

v.                                              Cause No. 3:17-cv-1995-N

FOREST DALE, INC.,

    Defendant.                                A Jury is Demanded

_____/

## REPORT ON SCHEDULING CONFERENCE

Plaintiff, JOAQUIN ESQUEDA, and Defendant, FOREST DALE, INC., and jointly file a report on the following matters:

A. Nature of the Case and Contentions of the parties

    Plaintiff filed his complaint claiming overtime pay under the Fair Labor Standards Act.

    Defendants generally deny liability.

B. Status of Settlement Discussions

    Plaintiff intends to make a settlement demand within the next two weeks to which Defendant will respond..

C. Possible Joinder of Additional Parties

    The parties do not anticipate joinder of additional parties.

D. Anticipated Challenges to Jurisdiction or Venue

    The parties do not anticipate challenges to jurisdiction or venue.

E. Date which Case Will Be Ready for Trial and Estimated Length of Trial

    The parties anticipate that the case will be ready for trial by February 1, 2019 and believe that 3-4 days will be will be sufficient to present all testimony and evidence.

F. Desirability of ADR, and the timing for ADR

    The parties are open to mediation through Dispute Mediation Services and believe mediation may be appropriate after the close of discovery.

G. Objections to Disclosure under Rule 26(a)(1)

The parties have no objections to disclosure under Rule 26(a)(1).

Additional Issues:

The parties agree to exchange Initial Disclosures required by Rule 26(a)(1) on or before November 15, 2017 and to preserve all discoverable information.

Respectfully submitted this October 10, 2017.

| | |
|---|---|
| */s/ Charles L. Scalise*_____ | */s/ Shannon B. Schmoyer*_____ |
| **CHARLES L. SCALISE** | **SHANNON B. SCHMOYER** |
| State Bar No.: 24064621 | Texas Bar No. 17780250 |
| **ROSS LAW GROUP** | **CHRISTINE E. REINHARD** |
| 1104 San Antonio Street | Texas Bar No. 24013389 |
| Austin, Texas 78701 | **SCHMOYER REINHARD LLP** |
| (512) 474-7677 Telephone | 17806 IH 10 West, Suite 400 |
| (512) 474-5306 Facsimile | San Antonio, Texas 78257 |
| Charles@RossLawGroup.Com | (210) 447-8033 Telephone |
| **ATTORNEY FOR PLAINTIFF** | (210) 447-8036 Facsimile |
| | sschmoyer@sr-llp.com |
| | creinhard@sr-llp.com |
| | |
| | **MARCIA NELSON JACKSON** |
| | Texas Bar No. 24008411 |
| | marcia.jackson@wickphillips.com |
| | **WICK PHILIPS GOULD & MARTIN, LLP** |
| | 3131 McKinney Avenue, Suite 100 |
| | Dallas, Texas 75204 |
| | (214) 692-6200 Telephone |
| | (214) 692-6255 Facsimile |
| | |
| | **ATTORNEYS FOR DEFENDANT** |